IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

FILED IN OPEN COURT
SEP [--] 2025
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:25-cr-56 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 875(c) |
| WILLIAM JOSEPH WHEELER, | ) Use of Interstate Communications to Transmit |
| | ) Threat to Kidnap or Injure any Person |
| Defendant. | ) (Counts 1 – 4) |

## INDICTMENT

SEPTEMBER TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Use of Interstate Communications to Transmit Threat to Kidnap or Injure any Person)

On or about March 25, 2024, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM JOSEPH WHEELER, knowingly and willfully did transmit in interstate and foreign commerce from outside of the United States to locations within the Eastern District of Virginia known to the Grand Jury, a communication via the online media application Classmates.com to former high school classmates, and the communication contained a threat to kidnap and injure former classmates A.D., I.T., G.M., C.Z., C.S., and J.H., specifically, asking if anyone had seen the named individuals because the defendant wanted to "take care of some unfinished business" and has "got a 12 gauge autoloader, a Glock, and lots of ammo!"

(In violation of Title 18 United States Code, Section 875(c)).

## COUNT TWO

(Use of Interstate Communications to Transmit Threat to Kidnap or Injure any Person)

On or about February 18, 2025, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM JOSEPH WHEELER, knowingly and willfully did transmit in interstate and foreign commerce from outside of the United States to locations within the Eastern District of Virginia known to the Grand Jury, a communication via the online media application Facebook, and the communication contained a threat to kidnap and injure former classmate A.D., specifically, "I'm going 'put an end' to [A.D.]. This person is a very evil arrogant man, that worships the [devil emoji]. Keep your kids away from this predator." The message included a picture of A.D.

(In violation of Title 18 United States Code, Section 875(c)).

## COUNT THREE

(Use of Interstate Communications to Transmit Threat to Kidnap or Injure any Person)

From on or about February 18, 2025, to on or about March 1, 2025, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM JOSEPH WHEELER, knowingly and willfully did transmit in interstate and foreign commerce from outside of the United States to locations within the Eastern District of Virginia known to the Grand Jury, communications via the online media application Facebook, and the communications contained a threat to kidnap and injure former coworker A.K. and her family, specifically, "I'm going to 'cancel' this evil heifer, while hubby is watching." The February message included a picture of A.K., and the following March comment from the defendant, "I'm going to kill you bitch! After I kill your daughters and hubby. It will be when you least expect it!"

(In violation of Title 18 United States Code, Section 875(c)).

## COUNT FOUR

(Use of Interstate Communications to Transmit Threat to Kidnap or Injure any Person)

From on or about February 18, 2025, to on or about March 1, 2025, in the Eastern District of Virginia and elsewhere, the defendant, WILLIAM JOSEPH WHEELER, knowingly and willfully did transmit in interstate and foreign commerce from outside of the United States to locations within the Eastern District of Virginia known to the Grand Jury, communications via the online media application Facebook, and the communications contained a threat to kidnap and injure former coworker A.K. and her daughters, specifically, "She's a workplace bully and a bigot. I'll pay $2K to have her 'taken care of'". The message included a picture of A.K. and A.K.'s daughters and the following March comment from the defendant, "I'm going to kill all 3 of you! Guess who's back in town."

(In violation of Title 18 United States Code, Section 875(c)).

United States v. William Joseph Wheeler
Criminal No. 4:25-cr-56

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: *[signature]*
_____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov

4